# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 27 A 11: 35

CLERK _____

U.S.A.

vs

CHARLENE FFRIEND

CASE NUMBER  CR203-47

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This 27th day of October, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA